IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, | ) ) ) | 8:04CV586 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) | |
| Defendant. | ) ) ) | |

Before the court is plaintiff Cornhusker Energy Lexington's Motion for Leave of Court to File Limited Brief (Filing No. 57) in reply to Defendant's Motion for Summary Judgment (Filing No. 55), and defendant Prospect Street Ventures' Opposition thereto (Filing No. 58). After considering the matter,

IT IS ORDERED that plaintiff is granted until November 30, 2005, in which to file a limited brief in reply to Defendant's Motion for Summary Judgment (Filing No. 55), and defendant Prospect Street Ventures is given until December 7, 2006, to file its responsive brief.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE