IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CORNHUSKER ENERGY LEXINGTON LLC, a Nevada Limited Liability Co.,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV586 |
| vs. | ) ) | ORDER |
| **PROSPECT STREET VENTURES,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Stipulation to Extend Deadline for Disclosure of Expert Identities and Reports and Related Dates in Corrected Final Progression Order (Filing No. 63). The parties seek an extension of the defendant's deadline to serve Rule 26(a)(2) expert disclosures until February 28, 2006, generally, and until June 1, 2006, related to the issues of damages and whether the defendant acted as a broker-dealer. The parties also seek an extension of the deadlines corresponding to the expert disclosures: the rebuttal expert deadline until June 10, 2006 and the deadline for *Daubert* motions until July 14, 2006. The parties also seek a thirty-day extension of the discovery deadline solely for the issues of damages and whether the defendant acted as a broker-dealer. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation to Extend Deadline for Disclosure of Expert Identities and Reports and Related Dates in Corrected Final Progression Order (Filing No. 63) is granted.

2. The defendant shall serve the plaintiff with its statement of the expert witnesses it expects to call to testify in support of its case-in-chief pursuant to the provisions of Rule 702, 703 or 705, Fed. R. of Evid., and Fed. R. Civ. P. 26(a)(2) **on or before February 28, 2006**.

3. Discovery shall be extended by thirty (30) days, or until **May 17, 2006**, only to the extent such discovery relates to (a) the plaintiff's claim of damages and (b) the plaintiff's claim that the defendant acted as a broker-dealer.

4. The defendant shall have until **June 1, 2006**, to serve its statement of the expert witnesses it expects to call to testify pursuant to the provisions of Rule 702, 703 or 705, Fed. R. of Evid., and Fed. R. Civ. P. 26(a)(2)(A)(1) as it relates to any expert(s) covered by paragraph 3.

5. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses not later than **June 12, 2006**.

6. Any motion *in limine* challenging the admissibility of testimony of an expert witness under Rule 702, Fed. R. of Evid. shall be filed **on or before July 14, 2006**.

Dated this 29th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge