IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT STREET VENTURES,<br><br>Defendant. | Case No. 8:04CV586<br><br>**NOTICE TO TAKE VIDEOTAPED DEPOSITION** |
| PROSPECT STREET VENTURES,<br><br>Counterclaimant,<br><br>v.<br><br>CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company<br><br>Counterclaim Defendant. | |

COMES NOW Defendant Prospect Street Ventures ("Prospect"), pursuant to FED. R. CIV. P. 30, and hereby gives notice of its desire to take the videotaped deposition upon oral examination of Kevin Penn, commencing at 11:00 a.m. on Wednesday, April 12, 2006, before an officer authorized to administer oaths at the offices of Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York.

The deposition testimony shall be recorded by stenographic and video means and preserved by written transcript and shall be taken for the purpose of discovery, for use at trial and for such other purposes permitted by the Federal Rules of Civil Procedure or other statutes or rules of this court.

Dated this 31st day of March, 2006.

                PROSPECT STREET VENTURES,
                Defendant

                By: s/Suzanne M. Shehan
                    Bartholomew L. McLeay #17746
                    Suzanne M. Shehan #20531
                    KUTAK ROCK LLP
                    The Omaha Building
                    1650 Farnam Street
                    Omaha, NE  68102
                    (402) 346-6000

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served via electronic mail through the Court's ECF filing system, this 31st day of March, 2006, addressed as follows:

John M. Lingelbach, Esq.
David A. Yudelson, Esq.
KOLEY JESSEN P.C.
1125 South 103 Street, Suite 800
Omaha, NE 68124

                By: s/Suzanne M. Shehan
                    Suzanne M. Shehan