IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>PROSPECT STREET VENTURES,<br><br>    Defendant. | Case No. 8:04CV586<br><br>**ORDER** |

This matter comes before the Court on Defendant's Motion for Enlargement of Time. After review of the Motion and being fully advised in the premises,

IT IS ORDERED that the Motion shall be and is hereby granted.

IT IS FURTHER ORDERED that Prospect shall have until Wednesday, May 17, 2006 to file an Opposing Brief to Cornhusker Energy Lexington, LLC's Motion for Summary Judgment.

Dated this 21st day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE