FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 26 PM 3: 29

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT STREET VENTURES,<br><br>Defendant. | Case No. 8:04CV586<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation to Extend Deadline to Respond to Motion for Summary Judgment. Upon review of the Stipulation and being fully advised in the premises,

IT IS ORDERED that the Stipulation shall be and is hereby granted.

IT IS FURTHER ORDERED that Prospect Street Ventures shall have until June 2, 2006 to respond to Cornhusker Energy Lexington, LLC's Motion for Summary Judgment.

Dated this 26 day of May, 2006.

_____
United States District Court Judge

4850-2964-4289.1