IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>PROSPECT STREET VENTURES,<br><br>    Defendant. | Case No. 8:04CV586 |
| PROSPECT STREET VENTURES,<br><br>    Counterclaimant,<br><br>    v.<br><br>CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>    Counterclaim Defendant. | ORDER |

This matter comes before the Court on the Defendant's Motion to Supplement the Record in Support of Defendant's Motion for Summary Judgment. Upon review of the Motion and being fully advised in the premises,

IT IS ORDERED that the Motion shall be and is hereby granted.

Dated this 28th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge