IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>PROSPECT STREET VENTURES,<br><br>    Defendant.<br><br>PROSPECT STREET VENTURES,<br><br>    Counterclaimant,<br><br>    v.<br><br>CORNHUSKER ENERGY LEXINGTON, LLC a Nevada Limited Liability Company,<br><br>    Counterclaim Defendant. | Case No. 8:04cv586<br><br>**ORDER** |

This matter came before the Court on Cornhusker's Motion to Supplement its record in resistance to Prospect Street Ventures' Motion for Summary Judgment. Upon review of the Motion, the Court finds that the same should be granted.

IT IS HEREBY ORDERED, that Cornhusker's Brief in Resistance to Prospect Street Ventures' Motion for Summary Judgment filed with the Clerk on October 28, 2005 and Evidence Index in support thereof is hereby supplemented with the following documents.

    a. Cornhusker's Brief in Support of Summary Judgment filed on April 3, 2006 (Filing No. 88);

    b. Cornhusker's Evidence Index in Support of Summary Judgment Motion filed on April 3, 2006 (Filing No. 87);

    c. Cornhusker's Reply Brief filed on June 19, 2006 (Filing No. 121); and

    d. Index in Support of Plaintiff's Motion for Summary Judgment filed on June 19, 2006 (Filing No. 122).

Dated this 28th day of June, 2006.

                        BY THE COURT:

                        <u>s/ Joseph F. Bataillon</u>
                        United States District Court Judge