IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CORNHUSKER ENERGY LEXINGTON LLC, )
)
       **Plaintiff,** )
)    8:04CV586
       vs. )
)    ORDER
PROSPECT STREET VENTURES, )
)
       **Defendant.** )

On the court's own motion,

**IT IS ORDERED:**

The pretrial conference previously set for August 21, 2006, at 9:00 a.m. is cancelled and is **rescheduled for August 29, 2006, at 2:00 p.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All other deadlines remain unchanged.

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 17th day of August, 2006.

                                       BY THE COURT:

                                       s/Thomas D. Thalken
                                       United States Magistrate Judge