# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON LLC, a Nevada Limited Liability Co., | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV586 |
| vs. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on four pending motions as discussed below. The parties' filed a Stipulation to Extend Motion in Limine Deadline Related to Testimony of Lee Pickard (Filing No. 63). The parties have filed motions in limine including a motion related to Mr. Pickard's testimony. Accordingly, to the extent the stipulation was filed as a motion, it is denied as moot. The parties' motion to amend pleadings will be denied because, to the extent the amendments are allowed, they will be made part of the final pretrial order in this matter. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation to Extend Motion in Limine Deadline Related to Testimony of Lee Pickard (Filing No. 63) is granted.

2. Prospect Street Ventures' Motion to Amend (Filing No. 138) and amended Motion to Amend (Filing No. 162) are denied.

3. Cornhusker Energy Lexington's Motion to Amend (Filing No. 150) is denied.

Dated this 29th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge