IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) ) | 8:04CV586 |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| v. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) | |
| Defendant/Counterclaim-Plaintiff. | ) ) | |

This matter is before the court after a telephonic scheduling conference. Pursuant thereto,

IT IS ORDERED:

1. Trial of this matter is set for October 30, 2006 at 8:30 a.m. in Courtroom No. 3, Roman Hruska Federal Courthouse, Omaha, Nebraska.

2. Plaintiff/counterclaim-defendant Cornhusker Energy Lexington, LLC ("Cornhusker") shall submit any documentary evidence and written submissions that relate to the equitable issues on or before October 10, 2006.

3. Defendant/counterclaim-plaintiff Prospect Street Ventures' ("Prospect") shall submit any documentary evidence and written submissions that relate to the equitable issues on or before October 20, 2006.

4. The parties shall submit trial briefs, proposed voir dire questions, and proposed jury instructions to the court on or before October 23, 2006 at 12:00 p.m.

DATED this 13th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge