IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT STREET VENTURES,<br><br>Defendant.<br><br>PROSPECT STREET VENTURES,<br><br>Counterclaimant,<br><br>v.<br><br>CORNHUSKER ENERGY LEXINGTON, LLC a Nevada Limited Liability Company,<br><br>Counterclaim Defendant. | Case No. 8:04cv586<br><br><br>**ORDER** |

This matter is before the Court on a Motion For Leave to File Limited Surreply Brief in Opposition to Cornhusker Energy Lexington LLC's Motion in Limine ("Motion to File Limited Surreply Brief") filed by Defendant-Counterclaimant. After giving consideration to the motion, and being fully advised in the premises,

IT IS ORDERED that the Motion to File Limited Surreply Brief shall be and the same is hereby granted;

IT IS FURTHER ORDERED that Defendant-Counterclaimant shall separately file and serve the surreply brief attached to the Motion to File Limited Surreply Brief within three (3) days of the date of this Order.

Dated this 4th day of October, 2006.

2

BY THE COURT:


s/JOSEPH F. BATAILLON
United States District Judge