IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) ) | 8:04CV586 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the undersigned on October 8, 2006, by the attorney for the plaintiff,

IT IS ORDERED that:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned judge **on or before October 30, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The jury trial scheduled for October 30, 2006, is canceled and all pending deadlines are suspended upon the representation that the case has settled. All pending motions are denied as moot.

DATED this 10th day of October, 2006.

BY THE COURT:

**s/ Thomas D. Thalken**
United States Magistrate Judge