# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CORNHUSKER ENERGY LEXINGTON, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV586** |
| v. ) | |
| ) | **ORDER** |
| **PROSPECT STREET VENTURES,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement given to the magistrate judge on October 8, 2006 by counsel for the plaintiff and the parties' oral motion to extend time made on October 30, 2006, in a telephone conference with the magistrate judge,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before November 6, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 31st day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge