IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CORNHUSKER ENERGY LEXINGTON LLC, a Nevada Limited Liability Co.,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **ORDER** |
| vs. | ) ) | **8:04CV586** |
| **PROSPECT STREET VENTURES,** | ) ) | |
| **Defendant.** | ) ) ) ) | |
| **CORNHUSKER ENERGY LEXINGTION, LLC.,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **8:05CV55** |
| **THOMAS I. APPERSON, et al.,** | ) ) | |
| **Defendants.** | ) | |

This matter is before the court on Prospect Street Ventures' motion to file under seal (Filing No. 229) and motion to stay (Filing No. 230). On October 8, 2006, counsel for the plaintiff notified the court that a settlement had been reached. **See** Filing No. 226. The court imposed an October 30, 2006 deadline for filing documents which would allow dismissal of the case. *Id.* The deadline was extended to November 6, 2006. **See** Filing No. 228. However, Prospect Street Ventures now seeks a stay of the dismissal deadline in order to file a motion to enforce the settlement agreement. Additionally, Prospect Street Ventures seeks to file the motion to enforce the settlement agreement under seal due the sensitive nature of the information contained therein. Upon consideration,

**IT IS ORDERED:**

1. Prospect Street Ventures' motion to file under seal (Filing No. 229) is granted.
2. Prospect Street Ventures' motion to stay (Filing No. 230) is granted.

3.	The deadline to file documents to dismiss this case is stayed pending further order of the court.

Dated this 6th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge