IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) ) | 8:04CV586 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on Prospect Street Ventures' ("Prospect") motion to enforce settlement agreement, Filing No. 232. Notice of the settlement was provided to the court by the parties on October 8, 2006. The action was mediated. The present controversy involves nonreciprocal release between Prospect and ACI Capital Inc. (ACI). Prospect has presented evidence that ACI is the majority owner of Cornhusker and that an ACI representative negotiated the purported settlement. The court finds the parties should appear to show cause why the purported agreement should not be enforced and why this court should not impose sanctions on either or both of the parties for failure to abide by their representations to the court. Accordingly,

IT IS ORDERED that a show cause hearing is scheduled for **November 22, 2006, at 10:00 a.m.** in Courtroom 3, Roman Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of November, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge