IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) ) | 8:04CV586 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| PROSPECT STREET VENTURES, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the show cause hearing is rescheduled to **November 20, 2006, at 3:30 p.m.** in Courtroom 3, Roman Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of November, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge