**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) | Case No.  8:04cv586 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO DISMISS WITH PREJUDICE** |
| PROSPECT STREET VENTURES, | ) ) | |
| Defendant. | ) | |

The Court, being fully advised in the premises, finds that the Stipulation to Dismiss with Prejudice is true and correct in all respects and should be granted.

IT IS THEREFORE ORDERED that this action and all claims, counterclaims and appeals are dismissed with prejudice with each party to bear its own costs and fees, and each party shall return or destroy documents exchanged during this proceeding pursuant to any protective order.

Dated this 7th day of December, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Chief U.S. District Court Judge

PREPARED AND SUBMITTED BY:
CORNHUSKER ENERGY
LEXINGTON, LLC, Plaintiff,

By:  s/
Gregory C. Scaglione, #19368
    John M. Lingelbach, #20429
    Heather S. Voegele, #22730
    David Yudelson, #23257
    KOLEY JESSEN P.C.
    1125 South 103 Street, Suite 800
    Omaha, Nebraska 68124
    (402) 390-9500
    (402) 390-9005 (Fax)
    Greg.Scaglione@koleyjessen.com
    John.Lingelbach@koleyjessen.com
    Heather.Voegele@koleyjessen.com
    David.Yudelson@koleyjessen.com

Attorneys for Plaintiff.

APPROVED AS TO FORM AND CONTENT:


By:  s/
    Bartholomew L. McLeay, #17746
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    (402) 346-6000
    (402) 346-1148 (facsimile)
    Bart.McLeay@KutakRock.com

Attorneys for Defendant.